## BURNS, *Receiver*, v. TONEY.

No. 638.    Opinion Filed January 10, 1911.

APPEAL AND ERROR—Defect of Parties—Dismissal.    All persons against whom a joint judgment has been rendered must be made parties to a proceeding to reverse such judgment, and a failure to join any of them, either as plaintiffs or defendants, is ground for the dismissal of the case.

(Syllabus by the Court.)

*Error from District Court, Stephens County; Frank M. Bailey, Judge.*

Action between L. E. Toney and Robert Burns, receiver, and others.    From a judgment for plaintiff, Robert Burns brings error.    Dismissed.

*Robert Burns, pro se.*
*Gilbert & Bond* and *J. B. Wilkinson,* for defendant in error.

KANE, J.    The appeal in this case must be dismissed.    The judgment rendered below seems to have been a joint judgment against the Bank of Comanche, the Comanche National Bank of Comanche, and other parties.    Robert Burns, receiver of the Bank of Comanche, alone appeals.    In *Vaught v. Miners' Bank of Joplin, ante,* 111 Pac. 214, this court held that:

"All persons against whom a joint judgment has been rendered must be made parties to a proceeding to reverse such judgment, and a failure to join any of them, either as plaintiffs or defendants, is ground for the dismissal of the case."

The appeal is dismissed.

All the Justices concur.